Honors, Gloria Jade Haney for the Plaintiff, Clifford Romero Moseley Moseley? Yes You ever heard of Moseley's Raiders? No Yeah, look him up, he was a big guy in the Civil War Yes On the Confederate side Is that right? I'm from here, but my family's from Arkansas Why stand up, what'd you say? I'm from California, but my family, the Moseley's are from the South, originally Were you related to the Moseley? The gray ghost? The gray ghost? Well, you know, you can get some of his DNA and you can check it out through National Geographic Two years ago I went back to New Edinburgh, Arkansas to chase my roots Went back where? To New Edinburgh, Arkansas Oh I took my son over there, because I heard that's where the Moseley's were from We found an old, we looked through this country road, a dirt road In the middle of the forest we found this old Moseley Cemetery And the oldest tombstone's from 1812 Is that right? Yeah, it was pretty cool Yeah, well, maybe you ought to write a book on it But you know, National Geographic does this And the one thing they do have, they think they have DNA from Genghis Khan And he had a thousand children, you know that? Yeah And he was a busy guy And so there's a lot of people that are hoping that they're descendants of Genghis Khan I don't know what they're going to do with that information So you might check it out Well, the cemetery's right there They'll give you something to do, you know Good, all right They had a great TV program on them, The Grey Ghost Oh, they had a TV program on them too, yeah The Grey Ghost, anybody in? It's Moseley Yeah, so you might want to check that out But I don't know, well Well, this case has a lot of procedural problems Yes And do you want to tell us about it? Well, with all due respect to Judge Liu First and foremost, Judge Liu apparently abused his discretion when he denied the motion to vacate Because there were two applications that were submitted to him And he denied the application for an extension of time in which to respond Based solely on the fact that an order was attached to the application But two applications were submitted at the same time That was probably done by the clerk's office Because ordinarily in the central district, because you put in your application for extension of time But you attach the wrong form of order And so that would be an automatic kick by the deputy clerk And they'd say, no, if you're going to put in an application for extension of time You need to attach the right form of order Except the clerk accepted the application And it was out of Judge Liu's courtroom Clerk, he probably did Oh, you're saying his clerk as opposed to Right, because they won't take it if it has the wrong form of order And if the clerk did do that When the motion to vacate and set aside that order was submitted Judge Liu was informed that two applications were submitted at the same time Both had orders attached to them One was accepted And the other was denied And then subsequently when the defendants submitted A document that required an order They didn't even submit an order Judge Liu just simply stamped on the document It is so ordered And signed the document And it seems that at the very least My client should not have been denied The opportunity to go forth on the merits Just because of an order being attached To the application And it appears to be arbitrary Because even though the exact same thing was done On an application that was submitted at the same time As the one that was denied That application was accepted And then the other was not And then Nunley v. The City of Los Angeles 52 F. 3rd 792 9th Circuit 1985 This court stated A district judge has broad discretion to depart From local rules With emphasis on local rules And then quoting Where it makes sense to do so And substantial rights are not at stake And that's quoting Professional Programs Group Versus Department of Commerce 29 F. 3rd 1349 Also 9th Circuit 1994 I know this has been a very long morning Let me ask you a question Yes So isn't your best argument excusable neglect That you attach the wrong form of order I mean I can I mean having sat there myself And worked with a deputy clerk It's also routine If you put in something without an order And the judge is going to grant it For them to stand But it's so ordered But here your situation is different You put in something And you put the wrong order I attached the order to the application Instead of separately following the order It's the wrong order And that's why it was kicked And then you didn't get notice That you didn't get the extension Until the The day of the hearing Day of the hearing Okay so Personally I think your best argument Is excusable neglect Okay And So I guess my question is Why didn't you go ahead I mean not having gotten an order That you got the extension Why didn't you go ahead And file your opposition To the summary judgment motion You mean without having the order Granted in which to do so Yeah just file it I mean just get it Because I've Because I've appeared before Judge Lute Many times And that's just something you don't do You don't just go ahead And just file He's not going to consider it At all And so Coming back down Want to check To see if it's the second graders So you're saying He wouldn't have accepted it No Even if you'd filed it Yes And did you ask him If you could file it late That's when That's when I came back Right that's when I came back With the motion So that I could indeed File that opposition And that was denied At the hearing When I found out that The application was denied I orally asked him If that could be done And he outright denied it So there was a written request As well as an oral request At the actual hearing On the motion for summary judgment itself And on the merits What is your best argument on the merits On the merits My client had more than The evidence To Controvert That which the defendants Were arguing In fact a lot of Incorrect false statements Were actually put in their Summary judgment And my client would have been able to Show That the Evidence that was presented Was not accurate And I do believe Well It was not accurate And he would have been able to refute That information So he had in his He was fired by Pasadena Unified School District And part of the basis for his firing Was Performance reviews by Irene What's her name Quiones Quiones And She was later found To have fabricated Negative Performance evaluations And you Were never able to present that evidence That is correct And see that's what's so unusual about this She could They could have just done A non-re-elect Because he was A probationary teacher You don't have to even show cause But she was so determined To make sure that a particular group Of these teachers Were going to be dismissed That she took it upon herself To go and Fabricate These evaluations What was the alleged motive for this The group of teachers That she Singled out Were teachers who were Complaining About her Period First of all There were a group of women Who were over the age of 40 And she would make comments about their age Saying you need to retire You shouldn't be here You aren't qualified to teach You're having problems in teaching And then when my client Who was the union representative Tried to Meet with The Assistant Superintendent of Human Resources To discuss problems To Meet with Quiones To say that these teachers Should not be treated in this way The union does not accept this And there can be something That can be done And to meet with her After the bad evaluations Were given For these teachers That's when he too Became a part of the group Even though he was not there Based upon his sex and age And what was the effect Of the settlement With the union On your case For Mr. Mosley For Mr. Mosley There was nothing Because he did not Participate in that settlement And see that was the Other false statement Because he was not a part Of that settlement He was not a part of it And so for Mr. Mosley Nothing For the other teachers They had The bad evaluations Removed from their files Yes Do you want to reserve some time Maybe Yes Okay Thank you Thank you May it please the court I'm Kenneth Schultz Representing the three appellees The Pasadena Unified School District Is not a party At this point in time They were Dismissed separately And There was no appeal Taken from that dismissal So they are not They were not a party At the time of the Summary judgment motion And are not a party here We're representing The three individual Public employees Of the school district Including Ms. Quinones So I wanted to make that clear That's important Because the only Causes of action That remained at the time Of the motion for Were constitutional Causes of action Based on First amendment Alleged denial Of equal protection And a conspiracy There was no Complaint pending Based on Improper Failure To retain The probationary Employee Also It's important To point out That there was no No reliance On either the Written evaluations Or on The written stipulation With the union As part of The motion for Summary judgment The court was not Presented with that What were the grounds For the motion Summary judgment Excuse me What were the grounds For the motion For summary judgment The motion for Summary judgment Was based on A number of things It was based on Declarations of Irene Quinones It was also based on Admissions But what was The legal theory Excuse me The legal theory The legal theory The legal theory Was that there was No triable issue Of fact Because he couldn't Prove that there was Any act of Discrimination Against him And could not Prove that there was Any conspiracy That was based In large part Upon the fact That he and Mr. Mosley Admitted in his Deposition That he had no Specific evidence To prove any of These theories And it was also Based on the fact That The declarations Of Irene Quinones Established That he Did not Perform well enough To be retained So That's what it was based on This is basically As I may say A factual A factual Issue Both On the part of appeal And With respect to the Underlying motion For summary judgment With respect to The Did the court grant The summary judgment Based on the lack Of an opposition I don't believe it did I mean It may have taken Into effect The fact that there Was no evidence presented But the You know I can Barely hear you Barely hear you I'm sorry I can't I can barely hear you You can hear me I didn't hear you I apologize It's my fault I can't hear you too well Okay Let me get closer To the microphone Okay Okay The The The question was Was the Remind me I've lost the question It's okay The question was See It does As you said This seems like A question of fact And you put in Miss Niones' Declaration And And then the Opposition would Try to come up with Facts that Contradicted it Right But I was going To say My first My first observation Is the Record The excerpts of Record that were Provided to us Do not include The reporter's Transcript of the Hearing on the Motion for Summary judgment So I don't want To speculate But the Court did Sign Findings of Fact And conclusions Of law To support The order To not granting The motion For summary judgment And so The court Decided it On the merits It didn't decide It as a Non-opposed Motion It made a Decision on the Merits Based on what Was in front of it Well The bottom Line What was The judge's Reason for Treating this As an Unopposed Motion And And And And And And And And And And And And And And  And And And And Like Those Reasons was The judge Didn't Decide that That Was The What Was Main Reasons Why Did She Argue Right I  To Assume She Did But She Has Not Submitted A Reporter's Transcript Of The Oral Hearing So I Would Not Assume She  But  Has Submitted A Reporter's  Of The  Submitted A   Of The  Hearing So  Would  She But Has Not Submitted A Reporter's Transcript Of The Oral Hearing So I Would Assume She But  Not Submitted A Reporter's     So I Would Assume She But Has Not Submitted A Reporter's Transcript Of The Oral Hearing So I Would Assume She   Not Submitted  Reporter's  Of The Oral Hearing She But Not Submitted  Reporter's
judges: Pregerson, Wardlaw, Archer